WILLIAM F. CARELL, as Trustee, etc., Respondent, v. ELIZABETH ROSEN- BLATT and Another, Appellants.— Judgment modified by eliminating interest on the balance of the bank account as it stood on January 1, 1915; and as modified affirmed, with costs to respondent. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

CHARLES J. GRUNERT, Respondent, v. THE CITY OF NEW YORK, Appel- lant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

RUTH ACKERMAN, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant. LILLIAN ACKERMAN v. FIFTH AVENUE COACH COMPANY.— Judgments and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Clarke, P. J.; dissented.

JOHN GRAHAM, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISRAEL DOY- NOW and Others, Appellants.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROSIE POPKIN, Respondent, v. GIMBEL BROTHERS, Appellant.— Judg- ment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

OSCAR POPKIN v. GIMBEL BROTHERS.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOSES GREEN- BERG, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LOUIS STEIN, Respondent, v. ANNIE PECHTER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.